IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 4:12-cr-246-DPM-7

MISTY POLSTON                                               DEFENDANT

ORDER

The Court directs the Clerk to issue a summons for Misty Polston. № 730. The Court will hold a hearing on the United States' motion to revoke probation at 3:00 p.m. on Tuesday, 14 July 2015. Polston must appear. The Court appoints assistant federal public defender Lisa Peters to represent Polston during this proceeding.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 July 2015